FRALEY v. CHEROKEE SANFORD GROUP

No. 470P94

Case below: 115 N.C.App. 567

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

HEDGEPETH v. NORTH RIDGE ESTATES ASSOC.

No. 457P94

Case below: 115 N.C.App. 397

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

HENDERSON v. LeBAUER

No. 460P94

Case below: 115 N.C.App. 728

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

HUSSEY v. STATE FARM MUT. AUTO. INS. CO.

No. 445PA94

Case below: 115 N.C.App. 464

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 November 1994.

IN RE POLLEN-BROWNING

No. 548P94

Case below: 116 N.C.App. 735

Petition by appellant for writ of supersedeas denied 10 November 1994. Motion for temporary stay denied 10 November 1994.